[931 NE2d 1053, 905 NYS2d 797]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARIS SIMMONS, Appellant.

Argued June 3, 2010; decided June 24, 2010

### APPEARANCES OF COUNSEL

*Office of the Appellate Defender*, New York City (*Valerie A. Koffman, Richard M. Greenberg* and *Joseph M. Nursey* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Aaron Ginandes* and *Grace Vee* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Although certain phrases in the trial court's supplemental instruction were inartfully worded, we are unpersuaded that the trial court's response to a jury note, which inquired about the element of intent, usurped the role of the jurors. Viewing the problematic language in the broader context of the supplemental instruction and the jury charge as a whole, the court conveyed the proper legal standards and repeatedly advised the jury that it was the exclusive arbiter of the facts.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

Order affirmed in a memorandum.